UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF RENATO MARTI,<br>    Plaintiff, | Case No. 1:19-cv-980<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| DELPHINE NICHOLE RICE, *et al.*,<br>    Defendants. | ORDER |

This matter came before the Court on June 1, 2021 for a telephone status conference. As addressed at the conference, plaintiff's motions to compel discovery must be filed by **June 16, 2021**. Defendants' memorandum in opposition shall be filed by **June 23, 2021**. Any reply memorandum shall be filed by **June 28, 2021**. The Court further **STAYS** the case deadlines in this matter pending resolution of the anticipated motion to compel.

   IT IS SO ORDERED.

Date: 6/1/2021

Karen L. Litkovitz
Chief United States Magistrate Judge