# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **Estate of Renato Martí,** | Case No. 1:19-cv-980 |
| Plaintiff, | |
| -vs- | Judge Michael Barrett |
| | Magistrate Judge Karen L. Litkovitz |
| **Delphine Rice, et al.** | |
| Defendant. | **Joint Notice of Settlement** |

The Parties, through counsel, hereby notify the Court that the Parties have reached a settlement agreement in this case. The Parties jointly and respectfully request that the Court vacate all remaining dates and deadlines and further request that the Court allow the Parties time so that Plaintiff may seek Probate Court approval of the settlement agreement, and pending that approval, to permit the Parties to file their stipulated dismissal.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Greene* | */s/ David Calderhead* (per consent) |
| Jacqueline Greene (0092733) | David Calderhead (0039013) |
| Rebecca P. Salley (0097269) | Josh Debra (0083267) |
| FRIEDMAN GILBERT + GERHARDSTEIN | CALDERHEAD, LOCKEMEYER AND PESCHKE |
| 35 East 7th Street, Suite 201 | 6281 Tri-Ridge Blvd., Suite 210 |
| Cincinnati, Ohio 45202 | Loveland, OH 45140 |
| T: (513) 572-4200 | Tel (513) 576-1060 |
| F: (216) 621-0427 | Fax (513) 576-8792 |
| jacqueline@FGGfirm.com | dcalderhead@clp-law.com |
| rebecca@FGGfirm.com | jdebra@clp-law.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2023, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                       */s/ Jacqueline Greene*
                                                       Counsel for Plaintiff