# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Estate of Renato Marti,

    Plaintiff,

    v.

Delphine Rice, et al.,

    Defendants.

Case No. 1:19cv980

Judge Michael R. Barrett

## ORDER

Pursuant to a Stipulated Dismissal filed by the parties (Doc. 145), this action is hereby **DISMISSED**. The Court retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

                                              _s/Michael R. Barrett_
                                              Michael R. Barrett, Judge
                                              United States District Court